IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOSE DEPAZ-LOPEZ

VS.                                          CIVIL ACTION NO. 5:15cv89-KS-MTP

CORRECTIONS CORPORATION
OF AMERICA, ET AL

ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on [38] Report and Recommendation of U.S. Magistrate Judge Michael T. Parker and on Plaintiff's [34] Motion to Amend. No objection has been filed. The Court finds that the Report and Recommendation is an accurate statement of the law and a correct analysis of the facts and finds that the Report and Recommendation should be adopted and hereby is adopted as the finding of this Court. The Court finds as follows:

That the Report and Recommendation is hereby adopted as the finding of this Court and the Motion to Amend [34] is **denied**. Further, Adams County Health Service Department is dismissed with prejudice as a party Defendant.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court and the Motion to Amend [34] is **denied** and Adams County Health Service Department is dismissed with prejudice. A separate Judgment will be entered herein in accordance with this order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 17th day of August, 2016.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE