IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JOSE DEPAZ-LOPEZ**                                                      **PLAINTIFF**

**V.**                                                      **CIVIL ACTION NO. 5:15-CV-89-KS-MTP**

**CORRECTIONS CORPORATION OF**
**AMERICAN,** *et al.*                                            **DEFENDANTS**

### ORDER

The Court **denies** Plaintiff's Motion for Reconsideration [63] of its Order [60] denying his motion for a second extension of time to file objections to the Magistrate Judge's Report & Recommendations [55]. Plaintiff already filed written objections [59] on February 23, 2017, which were considered and overruled by the Court in its Order [61] adopting the Magistrate Judge's Report & Recommendations.

SO ORDERED AND ADJUDGED this ___20th___ day of March, 2017.

                                     s/Keith Starrett
                        UNITED STATES DISTRICT JUDGE